**SO ORDERED.**
**SIGNED this 5th day of February, 2020**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

IN RE:    Jessica Marie Allen-Cooper                     #19-32780-SHB
          320 Bona Road
          Knoxville, TN  37914
          **SS#: xxx-xx-3388**                           Chapter 13

          **SS#: xxx-xx-**

### ORDER VACATING IRS REFUND ORDER

**ORDERED** that the order entered in the above proceeding directing the Internal Revenue Service to transmit to the Chapter 13 Trustee any tax refunds to which the Debtor(s) may be entitled is hereby vacated.

# # #

APPROVED FOR ENTRY:

s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P.O. Box 228
Knoxville, TN  37901
(865) 524-4995

cc:    Gwendolyn M. Kerney, Chapter 13 Trustee
       Internal Revenue Service
       Richard M. Mayer and/or John P. Newton, Attorney for Debtor(s)
       JESSICA MARIE ALLEN-COOPER / , DEBTOR(S)