

**SO ORDERED.**
**SIGNED this 19th day of February, 2020**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

_____

| IN RE: | ) | |
|---|---|---|
| JESSICA MARIE ALLEN-COOPER, | ) | Case No.: 3:19-bk-32780-SHB |
| | ) | Chapter 13 |
| Debtor. | ) | |

_____

## ORDER
_____

Upon the Motion of the Debtors to Set Aside or Vacate Dismissal the Order dismissing this case, this cause came on for hearing on February 19, 2020 and the Court finds that the Order dismissing the case on February 4, 2020, docket number 60, should be vacated and the case shall proceed under Chapter 13.

### ###

**APPROVED FOR ENTRY:**

<u>s/ RICHARD M. MAYER # 5534</u>
<u>s/ JOHN P. NEWTON, JR. #010817</u>
Attorney for Debtors
1111 Northshore Drive, S-570
Knoxville, TN 37918
(865) 588-5111
richardmayer@richardmayer.com