**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

IN RE:                                                                           CASE NO.: 3:19-bk-32780-SHB
                                                                                              CHAPTER 13

Jessica Marie Allen-Cooper,

   Debtor.

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of HOME POINT FINANCIAL CORPORATION ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

                                      Robertson, Anschutz, Schneid & Crane LLC
                                      Attorney for Secured Creditor
                                      10700 Abbott's Bridge Road, Suite 170,
                                      Duluth, GA 30097
                                      Telephone: 470-321-7112

                                      By: /s/Andrea Betts
                                         Andrea Betts, Esquire
                                         Email: abetts@rascrane.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 2, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Jessica Marie Allen-Cooper
320 Bona Road
Knoxville, TN 37914

And via electronic mail to:

Richard M. Mayer
Law Offices of Mayer & Newton
1111 Northshore Drive
Suite S-570
Knoxville, TN 37919

Gwendolyn M Kerney
Chapter 13 Trustee
P. O. Box 228
Knoxville, TN 37901

United States Trustee
800 Market Street, Suite 114
Howard H. Baker Jr. U.S. Courthouse
Knoxville, TN 37902

    Robertson, Anschutz, Schneid & Crane LLC
    Attorney for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170,
    Duluth, GA 30097
    Telephone: 470-321-7112

    By: /s/Andrea Betts
    Andrea Betts, Esquire
    Email: abetts@rascrane.com